IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| JOAQUIN MANUEL CORONADO,<br><br>    Petitioner,<br><br>v.<br><br>DIRECTOR, TDCJ-CID,<br><br>    Respondent. | 2:23-CV-098-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DISMISSING CIVIL RIGHTS CLAIM**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the petition for writ of habeas corpus filed by Petitioner. ECF No. 5. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**, and the case is **DISMISSED**.

IT IS SO ORDERED.

July 17, 2023

                                                    MATTHEW J. KACSMARYK
                                                  UNITED STATES DISTRICT JUDGE